## Boyd, Appellant, *v.* Pennsylvania Blue Shield et al.

Argued March 13, 1972. *Daniel W. Shoemaker,* with him *John W. Thompson, Jr.,* for appellant; *William H. Wood,* with him *Robert L. Rubendall,* and *Metzger, Hafer, Keefer, Thomas and Wood,* for appellee.

Order affirmed.

SPAULDING, J., absent.